# Exhibit A to the Complaint

**Location:** Chantilly, VA  
**Total Works Infringed:** 37  
**IP Address:** 71.178.14.51  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BDBD923693B83B94EF75C1C67A9A090BB04CC440<br>File Hash:<br>53D7B94C5693E7FE5534D51955E1AF63DA304AA49A92BFAEDAF0D496F3C8A1B0 | 09/05/2021<br>02:05:59 | Blacked Raw | 04/05/2021 | 04/14/2021 | PA0002286708 |
| 2 | Info Hash: 978BB5B4FE80AC5DE5D635DDA303EDB8714F6725<br>File Hash:<br>B34305CD560E6A892807F09FBC9BF46107CF8C85787B9A16B0C805684A0B706D | 09/01/2021<br>02:55:45 | Blacked | 08/28/2021 | 09/21/2021 | PA0002312681 |
| 3 | Info Hash: DE77246EE34EE1CDD79ED93E2A72D390952AEDBA<br>File Hash:<br>7A9703274C30670E88D5C893C87B8F218D90C72E0AE6635F0BFB38807695E4B7 | 08/25/2021<br>09:33:04 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 4 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash:<br>DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 08/11/2021<br>03:10:41 | Vixen | 08/06/2021 | 08/23/2021 | PA0002308435 |
| 5 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash:<br>6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08/07/2021<br>21:20:29 | Blacked | 07/31/2021 | 08/23/2021 | PA0002308430 |
| 6 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash:<br>EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 08/01/2021<br>21:46:26 | Blacked | 05/01/2021 | 06/09/2021 | PA0002295604 |
| 7 | Info Hash: 7C0532F2B77A12F36AF10091D6D41B1ECE334A54<br>File Hash:<br>E8A6D2271366D4F6D1C8D94B700175AE3A2915F891D3C20A077FD4E08C9848A7 | 08/01/2021<br>21:44:17 | Blacked | 06/12/2021 | 07/08/2021 | PA0002300659 |
| 8 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash:<br>CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 08/01/2021<br>20:29:23 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 9 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash:<br>23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 08/01/2021<br>20:25:11 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 10 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash:<br>12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 08/01/2021<br>19:06:09 | Blacked | 06/05/2021 | 06/15/2021 | PA0002296924 |
| 11 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash:<br>C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 08/01/2021<br>17:10:16 | Blacked | 05/29/2021 | 07/08/2021 | PA0002300658 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: E5F878ECB815AFC5A8C5644F643FC592DFB2A5BF<br>File Hash:<br>4026ACA5892A78F5DB0B79FF224BDF3182D0F5D9C2E44AF49BB49BAF4D5077B7 | 08/01/2021 16:25:41 | Blacked | 07/10/2021 | 08/02/2021 | PA0002305090 |
| 13 | Info Hash: 2ABFE1DCAEC1D501F99D5CA64DA28A6C1F3FD199<br>File Hash:<br>6EC8DD142AA4464B4E54B42C19D4041A53FDA6C9140BA3F17AD78BEDF1B95679 | 08/01/2021 16:19:11 | Blacked | 07/17/2021 | 08/02/2021 | PA0002305089 |
| 14 | Info Hash: CF38C8F975E28B97D557ECAD87A80286BF334D05<br>File Hash:<br>A97729C052424294F9AD65D2D42E28AB9C55785415B7EFD2798FA6532BE2DC40 | 08/01/2021 16:16:48 | Blacked | 07/24/2021 | 09/21/2021 | PA0002312682 |
| 15 | Info Hash: 51C5B8FED86E91E7B29A67C636149B7EF48E4993<br>File Hash:<br>9B00A5D7AA203F39A0524570796CCF18C944AFC45E74D83E93F2B51B7238EEC3 | 08/01/2021 16:12:10 | Blacked Raw | 07/19/2021 | 08/23/2021 | PA0002308404 |
| 16 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash:<br>523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 08/01/2021 16:06:32 | Blacked Raw | 07/26/2021 | 09/21/2021 | PA0002312675 |
| 17 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash:<br>296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07/06/2021 07:07:37 | Blacked Raw | 06/28/2021 | 07/08/2021 | PA0002300664 |
| 18 | Info Hash: C5B266E871991178BC959E113F8FEC9E7EE84EBE<br>File Hash:<br>8700DB9ED77D006F16CBE154B665910BE7B2DA058667F5A464D9C4B49F8E20D9 | 07/06/2021 06:57:56 | Tushy | 06/20/2021 | 08/20/2021 | PA0002312019 |
| 19 | Info Hash: 5562787D91E3447D81F9275687499D136F496655<br>File Hash:<br>67723D0C5886F713BFB35B01B63D0B9E7465530B4EB34D54894692D91F4964BC | 06/13/2021 12:57:37 | Tushy | 05/23/2021 | 06/15/2021 | PA0002296928 |
| 20 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash:<br>28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 06/12/2021 08:00:52 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 21 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash:<br>4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 06/12/2021 07:56:03 | Vixen | 05/21/2021 | 06/03/2021 | PA0002299688 |
| 22 | Info Hash: E99423C73146CABA22B64FF972FDB3B66BC6D81C<br>File Hash:<br>8852896000A54989467CAFC490427488EC8C572DE303EF5E41E903903FADC3E6 | 06/04/2021 01:46:24 | Blacked Raw | 03/22/2021 | 04/14/2021 | PA0002286722 |
| 23 | Info Hash: E5A6E612E0C052ABEB93B81B989A930C9C4AD15F<br>File Hash:<br>64691131C0805D66464A070DC2CE8B65033CEF77C31EE6D5251D1979B37CB46D | 06/04/2021 01:18:05 | Blacked Raw | 03/01/2021 | 03/08/2021 | PA0002280355 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 06/04/2021 01:15:13 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 25 | Info Hash: 1824034C43267AA11198E469DBB79B913395F5FE<br>File Hash:<br>76ACEB0964E0FBDF7535C99F405DC85A8F13DF4C35810F11890C0E5815A50F07 | 06/04/2021 01:07:07 | Blacked Raw | 03/15/2021 | 03/22/2021 | PA0002282515 |
| 26 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash:<br>462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 06/04/2021 00:52:22 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |
| 27 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash:<br>C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 06/04/2021 00:41:01 | Blacked Raw | 03/29/2021 | 04/14/2021 | PA0002286726 |
| 28 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash:<br>59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 06/04/2021 00:38:05 | Blacked Raw | 12/21/2020 | 01/05/2021 | PA0002269958 |
| 29 | Info Hash: 54FFD02FF647B95460A2C438205D3FA8145D8D0D<br>File Hash:<br>05F52E6EC1C64D8121C26C687C8AE26D04783EC3C320840D56C5979FD754F3E0 | 06/04/2021 00:36:50 | Blacked Raw | 04/26/2021 | 06/09/2021 | PA0002295596 |
| 30 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash:<br>E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 06/04/2021 00:35:04 | Blacked Raw | 04/12/2021 | 04/27/2021 | PA0002288983 |
| 31 | Info Hash: 42ECAAEDF5FAE1D20495A16EE7297D12DE2F4692<br>File Hash:<br>2119CF5CC787DA3DCDBFB77F08C539EC3AAA2D732B0F6855457713266E2F89B9 | 06/04/2021 00:30:45 | Blacked Raw | 05/03/2021 | 06/15/2021 | PA0002296918 |
| 32 | Info Hash: 7B5C509F0E138C25DA7E1CFEDEBD4AA7B5DCF4BC<br>File Hash:<br>7A28194A1CC4B1F19B17D5740386B6F1D8D499F361CF1FCC92F31BEF672E1653 | 06/04/2021 00:20:55 | Blacked Raw | 05/31/2021 | 06/15/2021 | PA0002296925 |
| 33 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash:<br>9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 06/01/2021 21:58:57 | Blacked | 05/15/2021 | 06/09/2021 | PA0002295594 |
| 34 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash:<br>ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 04/18/2021 17:51:06 | Blacked | 01/23/2021 | 02/09/2021 | PA0002276146 |
| 35 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash:<br>889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04/17/2021 06:23:39 | Blacked | 03/27/2021 | 04/27/2021 | PA0002288945 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 62ACA149C6B57C1E99DB16874F88AB34F0362043<br>File Hash:<br>C55B9DF5D9927E627D8DA3FF901161D78E8CA5DE1685498AA7B4D5B485FE4E7F | 04/17/2021<br>01:26:15 | Tushy | 03/28/2021 | 04/27/2021 | PA0002288947 |
| 37 | Info Hash: FAB296ABD8590589A86EFFECE2ECAD1AF371FA59<br>File Hash:<br>CCAC2BBFEF6770BE2FD693DCE809BEF3B915B1BFA3185FE9CDA04070A6A8E987 | 04/16/2021<br>15:56:10 | Blacked | 01/30/2021 | 02/26/2021 | PA0002283695 |