AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
STATE OF VIRGINIA, COUNTY OF EASTERN DISTRICT
ATTORNEY(S) THE JAMES LAW FIRM PLLC PH: (914) 358-6423
445 HAMILTON AVE. STE. 1102 WHITE PLAINS, NEW YORK 10601

Index: 1:21-cv-01140-RDA-TCB
Date Filed:
Court/Return Date:
File # VAED-1279

STRIKE 3 HOLDINGS, LLC

Plaintiff

JOHN DOE, SUBSCRIBER ASSIGNED IP ADDRESS 71.178.14.51

Defendant

STATE OF __Virginia__, COUNTY OF __Fairfax__ SS.:

__Mark Hagood__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __06/22/2022__ at __8:35__ [X] AM / PM

at _____ deponent served the within NOTICE OF MOTION-JUDGMENT(REDACTED), NOTICE OF MOTION-JUDGMENT(UNREDACTED), MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT(REDACTED), MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT(UNREDACTED), MEMORANDUM FOR JUDGMENT(REDACTED), MEMORANDUM FOR JUDGMENT(UNREDACTED), WAIVER OF ORAL ARGUMENT RE MOTION FOR JUDGMENT(REDACTED), WAIVER OF ORAL ARGUMENT RE MOTION FOR JUDGMENT(UNREDACTED), EXHIBIT A TO THE COMPLAINT, EXHIBIT B TO MEMO-DECLARATION OF DAWN SCIARRINO(REDACTED), EXHIBIT B TO MEMO-DECLARATION OF DAWN SCIARRINO(UNREDACTED), EXHIBIT C TO MEMO-PROPOSED ORDER(REDACTED) AND EXHIBIT C TO MEMO-PROPOSED ORDER(UNREDACTED)

on: _____ therein named.

#1 INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION LLC/LLP [ ] By delivering thereat a true copy of each to _____ and that deponent knew the person so served to be the _____ of the entity, and authorized to to accept service on behalf of the Corporation/Government Agency/Entity.

#3 SUITABLE AGE PERSON [X] By delivering a true copy of each to _____ __Mother__ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

#5 MAIL COPY [X] On __06/22/2022__, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
[ ] and by Certified Mail # _____
Address confirmation: _____

#7 DESCRIPTION [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: ___ Color of skin: ___ Color of hair: ___ Age: ___ Height: ___
Weight: ___ Other Features: ___

#8 WIT. FEES [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#9 MILITARYSRVC [X] Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

#10 OTHER [ ]

Sworn to before me on __06/24/2022__

mBernardo
NOTARY PUBLIC

[Notary seal: MONIQUE BERNARDO, NOTARY PUBLIC, COMMONWEALTH OF VIRGINIA]

Process Server, Please Sign
Mark Hagood
Job # 2218042