IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRIKE 3 HOLDINGS LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:21-cv-1140 (RDA/JFA) |
| JOHN DOE, subscriber assigned IP address 71.178.14.51, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Theresa C. Buchanan on August 4, 2022. Dkt. 39.[1] In this Motion for Default Judgment, Judge Buchanan recommends that the Court enter default judgment against Defendant on Count I, award Plaintiff statutory damages and costs, and enjoin Defendant Doe from certain infringing behavior. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Buchanan's Recommendation was August 18, 2022. To date, no objections have been filed.

After reviewing the record and Judge Buchanan's Recommendation, and finding no clear error,[2] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 39. Accordingly, Plaintiff's Motion for Default Judgment (Dkt. 28) is GRANTED; and it is

---

[1] After Judge Buchanan entered the August 4, 2022 Order, this case was reassigned to Magistrate Judge John F. Anderson.

[2] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (holding that in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that default judgment be entered against Defendant Doe; and it is

FURTHER ORDERED that Plaintiffs are awarded $27,750 in statutory damages pursuant to 17 U.S.C § 504(c)(1) and $400 in costs pursuant to 17 U.S.C. § 505; and it is

FURTHER ORDERED Defendant be subject to a permanent injunction enjoining Defendant from directly, contributorily or indirectly infringing Plaintiff's rights under federal or state law of Plaintiff's copyrighted works (the "Works"), including, without limitation, by using the internet, BitTorrent or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff; and ordering that Defendant destroy all copies of Plaintiff's Works that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Defendant's possession, custody, or control.

The Clerk is directed to enter judgment in favor of Plaintiff pursuant to Federal Rule of Civil Procedure 55, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
September 7, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge